**Entered on Docket
September 08, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

U.S. Bank National Association as successor to LaSalle Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007-CB5
09-74987

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-50838-gwz |
| Charles Michael Slaughter | Date:   8/25/09<br>Time: 10:00am |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 2300 Dickerson Road Unit # 79, Reno, NV 89503.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**Charles Michael Slaughter**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Jeri Coppa-Knudson**
3495 Lakeside Drive
PMB 62
Reno, NV 89509-4841
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

\_\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_\_x\_\_\_failed to respond to the document

\_\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_\_    Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_    waived the right to review the order and/or    \_x\_\_\_\_failed  to respond to the document

Submitted by:
 \_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor